# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ADAM MONTRELL GOBER,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 82204 |
| ADAM MONTRELL GOBER,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 82235 ✓<br><br>**FILED**<br><br>JAN 0 8 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEALS*

These are pro se appeals from district court orders denying a motion for judicial review and denying a motion for peremptory challenge of judge. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from orders denying a motion for judicial review and denying a peremptory challenge, this court lacks jurisdiction to consider these appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-00519

cc: Hon. Michael Villani, District Judge
Adam Montrell Gober
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk